

March 4, 2019

VIA ECF
Judge J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Darris Davis v. Caldeonia Haulers, LLC et. al.
            Docket No.: 1:18-cv-08042

Dear Judge Oetken,

      Please be advised the above captioned case has settled. A stipulation of discontinuance is forthcoming.

      Respectfully,

      NAPOLI SHKOLNIK, PLLC

      _____

      Kristina Georgiou, Esq.
      Attorneys for Plaintiff
      360 Lexington Avenue, 11th Floor
      New York, New York 10017
      212-397-1000