UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRIS D. DAVIS,<br><br>            Plaintiff,<br><br>     v.<br>TERRY WEHRMAN and<br>CALEDONIA HAULERS LLC,<br><br>            Defendants. | Case No:<br>1:18-CV-08042<br><br>**STIPULATION OF<br>DISCONTINUANCE** |

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same hereby is discontinued, with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

*(remainder of this page intentionally left blank)*

Dated: New York, New York
March 4, 2019

NAPOLI SHKOLNIK PLLC
*Attorneys for Plaintiff*

By: _____/s/ Kristina Georgiou_____
Kristina Georgiou, Esq.
360 Lexington Avenue, 11th Floor
New York, New York 10017
Tel.: (212) 397-1000

LEWIS BRISBOIS BISFAARD &
SMITH LLP
*Attorney for Defendants*

By: _____/s/ Jennifer R. Harris_____
Jennifer R. Harris, Esq.
77 Water Street, Suite 2100
New York, NY 10005
Tel.: (212) 783-0916